IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION
MARCH 2024 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:24CR00002 |
| | ) | |
| v | ) | **INDICTMENT** |
| | ) | |
| JONATHAN REED STILTNER | ) | **In Violation of:** |
| | ) | |
| | ) | Title 18, U.S.C., §876(c) |

## COUNT ONE

The Grand Jury charges:

1. On or about August 1, 2023, in the Western District of Virginia, the defendant, JONATHAN REED STILTNER, knowingly caused to be delivered by the Postal Service a communication, dated August 1, 2023, addressed to the United States Attorney's Office in Abingdon, Virginia, in reckless disregard of the fact that it contained threats to injure certain officers of the United States as defined in 18 U.S.C. § 1114.

2. All in violation of Title 18 United States Code § 876(c).

## COUNT TWO

The Grand Jury further charges:

1. On or about November 13, 2023, in the Western District of Virginia, the defendant, JONATHAN REED STILTNER, knowingly caused to be delivered by the Postal Service a communication, dated November 13, 2023, addressed to the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in reckless disregard of the fact that it contained threats to injure certain officers of the United States as defined in 18 U.S.C. § 1114.

2. All in violation of Title 18 United States Code § 876(c).

## COUNT THREE

The Grand Jury further charges:

1. On or about November 13, 2023, in the Western District of Virginia, the defendant, JONATHAN REED STILTNER, knowingly caused to be delivered by the Postal Service a communication, dated November 13, 2023, addressed to the United States Attorney's Office in Roanoke, Virginia, in reckless disregard of the fact that it contained threats to injure certain officers of the United States as defined in 18 U.S.C. § 1114.

2. All in violation of Title 18 United States Code § 876(c).

## COUNT FOUR

The Grand Jury further charges:

1. On or about November 13, 2023, in the Western District of Virginia, the defendant, JONATHAN REED STILTNER, knowingly caused to be delivered by the Postal Service a communication, dated November 13, 2023, addressed to the United States Marshall's Service, in reckless disregard of the fact that it contained threats to injure certain officers of the United States as defined in 18 U.S.C. § 1114.

2. All in violation of Title 18 United States Code § 876(c).

A TRUE BILL this 7th day of March, 2024.

Grand Jury Foreperson
FOREPERSON

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY